# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID ELLIOTT HEYDON,<br><br>　　　　　Defendant. | Case No. 21-CR-02924-JLS<br><br>**ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE** |

　　Upon motion of the United States and good cause appearing thereof, IT IS HEREBY ORDERED that the United States' Motion to Dismiss the Indictment (ECF No. 17) is GRANTED.  The Indictment is DISMISSED WITHOUT PREJUDICE.

　　IT IS SO ORDERED.

Dated:  August 2, 2022

　　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　United States District Judge